UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MOHAMMAD H. MUFTI,

                     Plaintiff,

     -against-

PLANET MOTOR CARS, INC., also known as
PLANET MOTOR CARS,

                     Defendant.
-----------------------------------------------------------------X

For Online Publication Only

**FILED
CLERK**

2:13 pm, Jun 05, 2023

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

**ORDER**
23-CV-2704(JMA)(ARL)

**AZRACK, United States District Judge:**

On May 30, 2023, Mohammad H. Mufti ("Plaintiff") paid the Court's filing fee in relation to his *pro se* complaint filed on April 3, 2023 in the United States District Court for the Southern District of New York and transferred here on April 11, 2023. (ECF Nos. 1, 4-5, 8; *see* Receipt No. 100007225.)[1] On April 4, 2023, Plaintiff filed an amended complaint against the same defendant.

Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is filed, the court - on motion or on its own after notice to the plaintiff - must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Accordingly, if service is not made upon the defendant by **July 1, 2023**, or Plaintiff fails to show good cause why such service has not been effected, the amended complaint will be dismissed without prejudice.[2] **Plaintiff is to provide a copy of this Order to the defendant**

---

[1] Plaintiff had also filed an application to proceed *in forma pauperis* with his complaint. See ECF No. 2. Given his payment of the filing fee, his application is moot and the Clerk of the Court shall terminate that motion.

[2] The Court encourages Plaintiff to consult with the Hofstra Law *Pro Se* Clinic located in the Central Islip Courthouse, which can provide free information, advice, and limited scope legal assistance to non-incarcerated *pro se* litigants. The Court notes that the *Pro Se* Clinic is not part of, nor affiliated with, the United States District Court.

**along with the summons and amended complaint and shall file proof of service with the Court within fourteen (14) days of service**.

Plaintiff is required to advise the Clerk of Court of any changes of address. Failure to keep the Court informed of Plaintiff's current address may result in dismissal of the case.

**SO ORDERED**.

Dated:     June 5, 2023                              /s/ JMA
           Central Islip, New York              JOAN M. AZRACK
                                                UNITED STATES DISTRICT JUDGE

---

Consultations with the *Pro Se* Clinic can be conducted remotely via telephone. If you wish to contact the *Pro Se* Clinic to make an appointment, email them at PSLAP@Hofstra.edu or leave a message at (631) 297-2575.